NUMBER 13-01-123-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


TERRY J. CANTU, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF

PETRA EDISON, DECEASED , Appellant,


v.


ALBERT FLEURY, M.D., ET AL. , Appellees.

___________________________________________________________________


On appeal from the 24th District Court 

of Victoria County, Texas

___________________________________________________________________


O P I N I O N


Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, TERRY J. CANTU, ET AL. , attempted to perfect an appeal from a judgment entered by the 24th District Court
of Victoria County, Texas, in cause number 99-4-53,263-AAAA . Judgment in this cause was signed on December 20,
2000 . No timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on
January 19, 2001 , but was not filed until January 22, 2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 26th day of July, 2001 .